**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | | |
|---|---|---|
| JOSEPH M. CHERRY, | : | |
| | : | |
| Petitioner, | : | Civ. No. 22-7411 (RBK) |
| | : | |
| v. | : | |
| | : | |
| WARDEN STEVIE KNIGHT, | : | **MEMORANDUM & ORDER** |
| | : | |
| Respondent. | : | |

---

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He lists his current address of record as at F.C.I. Fort Dix in Fort Dix, New Jersey. It has come to the attention of this Court through reviewing the Federal Bureau of Prisons' ("BOP") online inmate locator, *see https://www.bop.gov/inmateloc/* (last visited on July 18, 2023), that Petitioner was released from BOP custody on July 3, 2023, such that his current address of record in this case at F.C.I. Fort Dix is not accurate. Thus, Petitioner is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 19th day of July 2023,

ORDERED that by failing to provide the Court with his current address, Petitioner has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Petitioner updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Petitioner by regular U.S mail at his last listed address of record.


s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge